**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Plourde Sand & Gravel Co., Inc.** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **02-0278462** |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **519-523 W. River Rd.** <br> **Hooksett, NH 03106** <br> Number, Street, City, State & ZIP Code | **P.O. Box 220** <br> **Suncook, NH 03275** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Merrimack** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5.** **Debtor's website** (URL) _____

**6.** **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Plourde Sand & Gravel Co., Inc.**                    Case number (*if known*) _____
    Name

---

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

1/30/23 3:11PM

Debtor    **Plourde Sand & Gravel Co., Inc.**          Case number (*if known*) _____
<u>Name</u>

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**     ☐ No     ☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Red Hat Realty, LLC** | Relationship | **Affiliate** |
| --- | --- | --- | --- |
| District | **New Hampshire** | When | **1/30/23** | Case number, if known |

**11.**  **Why is the case filed in *this district*?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.**  **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

■ **Statistical and administrative information**

**13.**  **Debtor's estimation of available funds**     *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.**  **Estimated number of creditors**

| | | |
| --- | --- | --- |
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.**  **Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **Plourde Sand & Gravel Co., Inc.**                                    Case number (*if known*) _____
                Name

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Plourde Sand & Gravel Co., Inc.** | Case number (*if known*) | |
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 30, 2023**
MM / DD / YYYY

**X** **/s/ Daniel O. Plourde**
Signature of authorized representative of debtor

**Daniel O. Plourde**
Printed name

Title    **Sole Shareholder and Vice President**

---

**18. Signature of attorney**

**X** **/s/ William S. Gannon BNH 01222**      Date **January 30, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**William S. Gannon BNH 01222**
Printed name

**William S. Gannon PLLC**
Firm name

**740 Chestnut Street**
**Manchester, NH 03104**
Number, Street, City, State & ZIP Code

Contact phone   **603 621-0833**     Email address   **bgannon@gannonlawfirm.com**

**0892 NH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Plourde Sand & Gravel Co., Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW HAMPSHIRE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     **04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **4/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,585,071.00** |
| **For prior year:**<br>From  **4/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,006,516.00** |
| **For year before that:**<br>From  **4/01/2021** to **3/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,061,984.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

Debtor    **Plourde Sand & Gravel Co., Inc.**                                   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **Greenlake Investment**<br>**1416 El Centro St, Suite 200**<br>**South Pasadena, CA 91030** | **10/26/2022 -**<br>**1/11/2023**<br>**($5,000 per**<br>**week)** | **$75,000.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.  **Davis Fuels of Epsom**<br>**P.O. Box 101**<br>**Epsom, NH 03234** | **10/26/2022 -**<br>**1/11/2023** | **$63,275.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **PC Solutions**<br>**102 Riverway Place**<br>**Bedford, NH 03110** | **11/9/2022 -**<br>**11/18/2022** | **$12,213.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4.  **Dave Moody**<br>**176 Clouogh Hill Rd.**<br>**Loudon, NH 03307** | **11/29/2022 -**<br>**1/23/2023** | **$7,834.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Daniel Plourde**<br>**P.O. Box 220**<br>**Suncook, NH 03275**<br>**Owner/President** | **1/28/2022 -**<br>**1/20/2023** | **$65,163.73** | **Payroll** |
| 4.2.  **Dawn Plourde**<br>**P.O. Box 220**<br>**Suncook, NH 03275**<br>**Director** | **1/28/2022 -**<br>**1/20/2023** | **$48,626.20** | **Payroll** |
| 4.3.  **Loudon Village Country Store, LLC**<br>**40 S. Village Rd**<br>**Loudon, NH 03307**<br>**Affiliate** | **1/25/2022 -**<br>**1/25/2023** | **$49,481.77** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **Plourde Sand & Gravel Co., Inc.**                              Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Cross Machine, Inc. v Plourde Sand & Gravel Co., Inc.**<br>**214-2017-CV-00050** | | **Coos Superior Court**<br>**55 School St., Suite 301**<br>**Lancaster, NH 03584** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Mega-X, LLC v Plourde Sand & Gravel Co. Inc.**<br>**447-2019-SC-00236** | | **NH Circuit Court**<br>**6th Circuit-District Division-Hooksett**<br>**101 Merrimack St.**<br>**Hooksett, NH 03106** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Granite Woods, LLC v Plourde Sand & Gravel Co., Inc.**<br>**217-2017-CV-00495** | | **Merrimack Superior Court**<br>**5 Court Street**<br>**P.O. Box 2880**<br>**Concord, NH 03302-2880** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Dead River Company, LLC v Plourde Sand & Gravel Co., Inc.**<br>**217-2022-CV-01039** | | **Merrimack Superior Court**<br>**5 Court Street**<br>**Concord, NH 03301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Conservation Law Foundation, Inc. v Plourde Sand & Gravel Co., Inc.**<br>**1:13-cv-214-SM** | | **USDC for the District of NH**<br>**55 Pleasant St #110**<br>**Concord, NH 03301** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor   **Plourde Sand & Gravel Co., Inc.**                    Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **William S. Gannon PLLC**<br>**740 Chestnut Street**<br>**Manchester, NH 03104** | **Retainer** | | **$10,000.00** |
| | Email or website address<br>**bgannon@gannonlawfirm.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor   **Plourde Sand & Gravel Co., Inc.**                                   Case number *(if known)*

---

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
|  |  |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
|  |  |  |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Voya** | EIN:  **PH1119** |

    Has the plan been terminated?
    ☐ No
    ■ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
|  |  |  |  |  |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

1/30/23 3:11PM

Debtor **Plourde Sand & Gravel Co., Inc.**

Case number *(if known)*

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.   Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.   Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

| Debtor | Plourde Sand & Gravel Co., Inc. | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Hession & Pare**<br>**62 Stark St.**<br>**Manchester, NH 03101** | **2 years +** |
| 26a.2. | **Dawn M. Plourde**<br>**P.O. Box 220**<br>**Suncook, NH 03275** | **2 years +** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Hession & Pare**<br>**62 Stark St.**<br>**Manchester, NH 03101** | **2 years +** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Hession & Pare**<br>**62 Stark St.**<br>**Manchester, NH 03101** | |
| 26c.2. | **Plourde Sand & Gravel Co Inc**<br>**P.O. Box 220**<br>**Suncook, NH 03275-0220** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Debtor | **Plourde Sand & Gravel Co., Inc.** | Case number *(if known)* |
|---|---|---|

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Daniel O. Plourde** | **P.O. Box 220 Suncook, NH 03275** | **Sole equity holder and President** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dawn Plourde** | **P.O. Box 220 Suncook, NH 03275** | **Director** | **0% (none)** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Mary L. Plourde (deceased)** | | **Sole equity holder** | **2018 until death 2/25/2022** |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Plourde Sand & Gravel Co., Inc.**                          Case number *(if known)*

---

| **Part 14:** | **Signature and Declaration** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 30, 2023**

**/s/ Daniel O. Plourde**                              **Daniel O. Plourde**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Sole Shareholder and Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

Debtor name **Plourde Sand & Gravel Co., Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $500.00 |
| 2.    **Cash on hand** | $250.00 |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **TD Bank** | **Checking (Oper.)** | **4530** | $437.48 |
| 3.2. | **TD Bank** | **Checking (P/R)** | **3813** | $192.61 |
| 3.3. | **TD Bank** | **Checking (ACH)** | **3329** | $104.88 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $1,484.97 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.

Debtor  **Plourde Sand & Gravel Co., Inc.**                   Case number *(If known)* _____
      Name

☐ Yes Fill in the information below.

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **120,000.00**   -   **0.00**  = ....    **$120,000.00**
                          face amount               doubtful or uncollectible accounts

12.    **Total of Part 3.**                              **$120,000.00**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Aggregate raw sand stone (located in Hooksett)** | **Yearly** | **$0.00** | **Usage** | **$600,000.00** |
| | **Aggregate raw sand stone (located in Allenstown)** | **Yearly** | **$0.00** | **Usage** | **$2,000,000.00** |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Prepared material for sale** | **Monthly as needed** | **$0.00** | **Usage** | **$150,000.00** |
| 22. | **Other inventory or supplies** | | | | |

23.    **Total of Part 5.**                          **$2,750,000.00**

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
    ■ No

Debtor   **Plourde Sand & Gravel Co., Inc.**                                 Case number *(If known)* _____
          Name

☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ☑ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ☑ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No.  Go to Part 8.
      ☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** desks, tables, cabinets, etc. (value estimated by equity holder) | $0.00 | | $10,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment  (value estimated by equity holder) | $0.00 | | $30,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.   **Total of Part 7.**
      Add lines 39 through 42.  Copy the total to line 86.                      | $40,000.00 |

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☑ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ☐ No.  Go to Part 9.
      ☑ Yes Fill in the information below.

| Debtor | **Plourde Sand & Gravel Co., Inc.** | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. **1995 Ford LT900 Serial # 1FD2A90X75SVA64060** | $0.00 | Forced value | $25,000.00 |
| 47.2. **2005 Kenworth T800 Serial # 1NKDXUTX15J072578 (estimated forced sale value)** | $0.00 | | $40,000.00 |
| 47.3. **2006 Sterling Tractor Serial # 2FWJAZDE26AV67268  (estimated forced sale value)** | $0.00 | | $35,000.00 |
| 47.4. **2006 Sterling LT9500 Serial # 2FZHAZCV56AV55568 (estimated forced sale value)** | $0.00 | | $45,000.00 |
| 47.5. **2006 Sterling LT9500 Serial # 2FZHAZCV76AV55572 (estimated forced sale value)** | $0.00 | | $45,000.00 |
| 47.6. **Trailer - 2005 KME Dump Serial # 1K9SD36335K226116 (estimated forced sale value)** | $0.00 | | $25,000.00 |
| 47.7. **Trailer - 1985 Rodgers Lowbed Serial # NH010343** | $0.00 | Forced value | $10,000.00 |
| 47.8. **Trailer - 1994 Delo Flatbed Serial # 2D9FF45B9R1005092 (estimated forced sale value)** | $0.00 | | $15,000.00 |
| 47.9. **Loader - 2003 Komatsu WA380 Serial # A51499 (estimated forced sale value)** | $0.00 | | $40,000.00 |
| 47.10 **Loader - 2003 Komatsu WA500 Serial # A70446 (estimated forced sale value)** | $0.00 | | $50,000.00 |
| 47.11 **Loader - 2006 Komatsu WA500-6 (estimated forced sale value)** | $0.00 | | $95,000.00 |
| 47.12 **Excavator w/ Hammer - 2002 Komatsu PC300HD Serial #A85022 (estimated forced sale value)** | $0.00 | | $20,000.00 |

| Debtor | **Plourde Sand & Gravel Co., Inc.** | Case number *(If known)* |
| | Name | |

| | | | |
|---|---|---|---|
| 47.13 · | **Excavator w/ Hammer - 1996 Komatsu PC300LC-6LC Serial # A80138 (estimated forced sale value)** | $0.00 | $20,000.00 |
| 47.14 · | **Caterpillar Generator - Model # C 0400 ID E18708 Serial # X4R00137 (estimated forced sale value)** | $0.00 | $45,000.00 |
| 47.15 · | **Caterpillar Generator - Cat 3408 Serial # 78203134 (estimated forced sale value)** | $0.00 | $15,000.00 |
| 47.16 · | **Caterpillar Generator - 3406 Serial # 2WB14267 (estimated forced sale value)** | $0.00 | $15,000.00 |
| 47.17 · | **Caterpillar Generator - 3406 Serial # 2WB06246 (estimated forced sale value)** | $0.00 | $15,000.00 |
| 47.18 · | **Caterpillar Generator - 3406 Serial # WB15358 (estimated forced sale value)** | $0.00 | $15,000.00 |
| 47.19 · | **Power Screener - Deutz Extec (Red) Serial # 6236 (estimated forced sale value)** | $0.00 | $25,000.00 |
| 47.20 · | **Power Screener - Deutz BF4M2023C Commander (Green) Serial # 21008226 (estimated forced sale value)** | $0.00 | $35,000.00 |
| 47.21 · | **Power Screener - Americana 30 LXS Serial # 8811-03 (estimated forced sale value)** | $0.00 | $30,000.00 |
| 47.22 · | **Aggregate Equipment - Telsmith 5' cone portable screen (estimated forced sale value)** | $0.00 | $55,000.00 |
| 47.23 · | **Aggregate Equipment - Diamond 30x42 on wheels with feeder (estimated forced sale value)** | $0.00 | $40,000.00 |
| 47.24 · | **Aggregate Equipment - Cedarrapids 32x42 Portable jaw crusher with switch control & feeder (estimated forced sale value)** | $0.00 | $70,000.00 |
| 47.25 · | **Rock Truck - 1980 CAT D350D Serial # 9RF00063 (estimated forced sale value)** | $0.00 | $20,000.00 |

Debtor  **Plourde Sand & Gravel Co., Inc.**                    Case number *(If known)* _____
_____
Name

| | | | |
|---|---|---|---|
| 47.26 | **Rock Truck - 1980 CAT Rock Truck Serial # 9RF00071 (estimated forced sale value)** | $0.00 | $20,000.00 |
| 47.27 | **2012 F350 VIN: 1FT8W3BT2CEA46785 (blown motor) (estimated forced sale value)** | $0.00 | $5,000.00 |
| 47.28 | **2012 F250 VIN 1FT7W2BT8CEA75164 (estimated forced sale value)** | $0.00 | $10,000.00 |
| 47.29 | **2012 F350 VIN 1FT8X3BT3CEB03704 (estimated forced sale value)** | $0.00 | $10,000.00 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Various aggregate parts etc equip. (estimated forced sale value)**                    $0.00                    $50,000.00

51.  **Total of Part 8.**                                                          **$940,000.00**
Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| Debtor | **Plourde Sand & Gravel Co., Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | **Vacant land at 523 West River Road, Hooksett, NH. Assessor's acct # 3636; Map 1, Block 2, Lot 1, PID 5100. Land use: sand & gravel. Size: 6.7 acres.** | | | $0.00 | 2022 Assessment | $389,100.00 |

| | | | | | |
|---|---|---|---|---|---|
| 55.2. | **Premises at 527 West River Road, Hooksett, NH. Assessor's acct # 3637; Map 1, Block 2, Lot 1, PID 3. Building 1: Style: Pre-Eng warehs. Year Built: 1985. Living area: 9,720. Building Percent Good: 58. Building 2: Style: Office Bldg. Year Built: 1985. Living area: 556. Building Percent Good: 52. Building 3: Style: Office Bldg. Year Built: 2014. Living area: 1,560. Building Percent Good: 92. Land use: sand & gravel MDL-96. Size: 66.3 acres.** | | | $0.00 | 2022 Assessment | $3,182,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | **Vacant land in, Hooksett, NH. Assessor's acct # 3638; Map 1, Block 2, Lot 3, PID 4. Land use: UNPR REC. Size: 6.0 acres.** | | | $0.00 | 2022 Assessment | $120.00 |

| | | | | | |
|---|---|---|---|---|---|
| 55.4. | **Vacant land in Hooksett, NH. Assessor's acct # 3639; Map 1, Block 2, Lot 4, PID 5. Land use: UNPR REC. Size: 8.0 acres.** | | | $0.00 | 2022 Assessment | $160.00 |

| | | | | | |
|---|---|---|---|---|---|
| 55.5. | **Premises located at 13 Allenstown Rd, Allenstown, NH. One Story MH/Ofifice built in 1980. Quality: Avg-20. Land: 68.22 ac. Land Use: COM/IND.** | | | $0.00 | Assessment | $1,372,200.00 |

Debtor   **Plourde Sand & Gravel Co., Inc.**                    Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 55.6. | **Premises located at 84 South Village Rd, Loudon, NH. Parcel ID 20-13, Map 20, Lot 13, PID 000020000013000000. 1.5 story Cape built in 1936. Total Gross Area: 1224 Quality: Avg+20. Land: 17.4 acres. Land Use: 1F RES.** | | $0.00 | Assessment | $260,000.00 |
| 55.7. | **Vacant land in Loudon, NH. Parcel ID 20-26, Map 20, Lot 26, PID 000020000026000000. Land: 13.9 acres. Land Use: COM/IND.** | | $0.00 | Assessment | $67,259.00 |
| 55.8. | **Vacant land at 91 Whittemore Rd., Pembroke NH. Map ID: 634/ / 3/ /. REC LAND. Parcel total land area: 12.50 acres.** | | $0.00 | Assessment | $69,800.00 |

56.   **Total of Part 9.**                                              $5,341,139.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |

Debtor    **Plourde Sand & Gravel Co., Inc.**                              Case number *(If known)* _____

Name

**Customer lists** _____    **$0.00** _____                    **Unknown**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                        **$0.00**

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Plourde Sand & Gravel Co., Inc.**                          Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,484.97 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $120,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,750,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $40,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $940,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..............................................................> | | $5,341,139.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,851,484.97 | + 91b. $5,341,139.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,192,623.97 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 10

**Fill in this information to identify the case:**

Debtor name  **Plourde Sand & Gravel Co., Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW HAMPSHIRE

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1  Granite Woods LLC**
Creditor's Name

**216 Bogue Rd
Harwinton, CT 06791**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**Writ of Attachment filed 4/11/2019**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**$200,000.00**    **Unknown**

**2.2  Greenlake Investment**
Creditor's Name

**1416 El Centro St, Suite 200
South Pasadena, CA 91030**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
3/7/2013**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**519 West River Rd, Hooksett; 13 Allenstown Rd, Allenstown NH; and 84 S. Village Road , Loudon**

Describe the lien
**Mortgage (cross-collateralized)**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$4,100,000.00**    **$0.00**

Debtor **Plourde Sand & Gravel Co., Inc.**
_____
Name

Case number (*if known*) _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Greenlake Real Estate Fund, LLC** | | Unknown | Unknown |

Creditor's Name

**1416 El Centro St, #200
South Pasadena, CA 91030**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**All business assets, including real estate
subject to mortgage lien.**

**Describe the lien**
**UCC Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.4 | **Internal Revenue Service** | | $462,423.63 | Unknown |

Creditor's Name

**CCP - Lien Unit
P.O. Box 145595
Stop 8420G, Team 203
Cincinnati, OH 45250**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**6/27/2017**
**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**All property**

**Describe the lien**
**Federal Lien Index filed 6/27/2017**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.5 | **Internal Revenue Service** | | $199,080.97 | Unknown |

Creditor's Name

**CCP - Lien Unit
P.O. Box 145595
Stop 8420G, Team 203
Cincinnati, OH 45250**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**All property**

**Describe the lien**

---

Debtor **Plourde Sand & Gravel Co., Inc.**
Name

Case number (if known) _____

**Federal Lien Index filed 12/18/2017**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/18/2017**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $167,966.13 | Unknown |
|---|---|---|---|---|

Creditor's Name
**All property**

**CCP - Lien Unit**
**P.O. Box 145595**
**Stop 8420G, Team 203**
**Cincinnati, OH 45250**
Creditor's mailing address

**Describe the lien**
**Federal Lien Index filed 12/7/2021**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**12/7/2021**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.7 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $23,083.58 | Unknown |
|---|---|---|---|---|

Creditor's Name
**All property**

**CCP - Lien Unit**
**P.O. Box 145595**
**Stop 8420G, Team 203**
**Cincinnati, OH 45250**
Creditor's mailing address

**Describe the lien**
**Federal Lien Index filed 1/11/2022**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**1/11/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 5

1/30/23 3:11PM

| Debtor | **Plourde Sand & Gravel Co., Inc.** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.8 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | **$659,437.56** | **Unknown** |

Creditor's Name

**CCP - Lien Unit**
**P.O. Box 145595**
**Stop 8420G, Team 203**
**Cincinnati, OH 45250**

Creditor's mailing address

**All property**

Describe the lien
**Federal Lien Index filed 3/23/2022**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/23/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | **$23,083.58** | **Unknown** |

Creditor's Name

**CCP - Lien Unit**
**P.O. Box 145595**
**Stop 8420G, Team 203**
**Cincinnati, OH 45250**

Creditor's mailing address

**All property**

Describe the lien
**Federal Lien Index filed 4/26/2022**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/26/2022**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | **Universal Finance Corp.** | Describe debtor's property that is subject to a lien | **$16,000.00** | **Unknown** |

Creditor's Name

**123 Haven Street**
**Reading, MA 01867**

**All Assets including Caterpillar Model D350
Rock Truck (serial # 35DB2748) and 2005
Kenworth T800 Tri-Axle Dump Truck (serial #
1NKDXUTX15J072578)**

---

Debtor  **Plourde Sand & Gravel Co., Inc.**                    Case number (if known) _____

Name

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/2022**
**Last 4 digits of account number**
**2401**
**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
**UCC Lien filed 8/30/2022**
**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$5,851,075.45** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

| Fill in this information to identify the case: |
|---|

Debtor name  **Plourde Sand & Gravel Co., Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW HAMPSHIRE

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| **Brian Amyot** | ☐ Contingent | | |
| **286 Cross Road** | ☐ Unliquidated | | |
| **Pembroke, NH 03275** | ☐ Disputed | | |
| Date or dates debt was incurred **Week ending 1/28/2023** | Basis for the claim: **Payroll** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
| **Christopher L. McMichael** | ☐ Contingent | | |
| **173-6 Loudon Road Apt #11** | ☐ Unliquidated | | |
| **Concord, NH 03301** | ☐ Disputed | | |
| Date or dates debt was incurred **Week ending 1/28/2023** | Basis for the claim: **Payroll** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No  ☐ Yes | | |

| Debtor | **Plourde Sand & Gravel Co., Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Daniel Plourde**
**P.O. Box 220**
**Suncook, NH 03275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Week ending 1/28/2023**

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dawn Plourde**
**P.O. Box 220**
**Suncook, NH 03275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Week ending 1/28/2023**

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Doug Bailey**
**66 Pleasant Street**
**Hooksett, NH 03106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Week ending 1/28/2023**

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Jeffrey Fielding**
**P.O. Box 06**
**Suncook, NH 03275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Week ending 1/28/2023**

Basis for the claim:
**Payroll**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| Debtor | **Plourde Sand & Gravel Co., Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Karen L. Amyot**
**286 Cross Road**
**Pembroke, NH 03275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Week ending 1/28/2023**

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Katey P. LeBlanc**
**9 Webster Street**
**Suncook, NH 03275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Week ending 1/28/2023**

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Kyle M. Sweeney**
**772 FlagholeRd.**
**Salisbury, NH 03268**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Week ending 1/28/2023**

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |

**Michael Mondor**
**512 West River Rd., Apt. 113**
**Hooksett, NH 03106**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Week ending 1/28/2023**

Basis for the claim:
**Payroll**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Debtor **Plourde Sand & Gravel Co., Inc.** _____ Case number *(if known)* _____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 | $0.00 |
|---|---|---|---|---|

**State of Maine Revenue**
**24 State House Station**
**Augusta, ME 04333-0024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Sales Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,031.00 | $51,031.00 |
|---|---|---|---|---|

**Town of Allenstown Tax Collector**
**16 School Street**
**Suncook, NH 03275**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3 yr**

Basis for the claim:
**Real estate taxes re 13 Allenstown Rd**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $576,170.00 | $576,170.00 |
|---|---|---|---|---|

**Town of Hooksett Tax Collector**
**35 Main Street**
**Hooksett, NH 03106**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3 yr**

Basis for the claim:
**Real estate taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $22,440.00 | $22,440.00 |
|---|---|---|---|---|

**Town of Loudon**
**55 S. Village Rd**
**Loudon, NH 03307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**3 yr**

Basis for the claim:
**Real estate taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor    **Plourde Sand & Gravel Co., Inc.**                          Case number (if known) _____
          Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |

**Aries Engineering**
**104 Pleasant St**
**Concord, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Nov 2022**

**Basis for the claim:**  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,331.00 |

**Austin Powder**
**P.O. Box 6049**
**Cleveland, OH 44194-6049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8-2022**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,332.00 |

**Betterforms**
**1650 Elm St, Suite 202**
**Manchester, NH 03101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct 2022**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,061.00 |

**Betterway Supply**
**P.O. Box 5881**
**Hooksett, NH 03106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,360.00 |

**BM Zapora**
**33 Woodland Dr**
**Belmont, NH 03220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000,000.00 |

**CLF**
**62 Summer St.**
**Boston, MA 02110**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2018**

**Basis for the claim:**  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |

**Comcast**
**P.O. Box 70219**
**Philadelphia, PA 19176-0219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Ongoing**

**Basis for the claim:**  **Utility service (internet)**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Plourde Sand & Gravel Co., Inc.**                                              Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

### 3.8

**Nonpriority creditor's name and mailing address**

**Cross Machine**
**167 Glen Ave.**
**Berlin, NH 03570**

Date(s) debt was incurred __2017__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$14,672.00**

---

### 3.9

**Nonpriority creditor's name and mailing address**

**Davis Fuels of Epsom**
**P.O. Box 101**
**Epsom, NH 03234**

Date(s) debt was incurred __Jan 2023__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

### 3.10

**Nonpriority creditor's name and mailing address**

**Dead River Fuel Company**
**159 Elm St.**
**Manchester, NH 03101**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$55,000.00**

---

### 3.11

**Nonpriority creditor's name and mailing address**

**DEVINE MILLIMET**
**111 AMHERST STREET**
**BOX 719**
**Manchester, NH 03105**

Date(s) debt was incurred __2013-2017__

Last 4 digits of account number __3866__

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

**$55,000.00**

---

### 3.12

**Nonpriority creditor's name and mailing address**

**Equipment East**
**61 Silva Lane**
**Dracut, MA 01826**

Date(s) debt was incurred __2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$15,000.00**

---

### 3.13

**Nonpriority creditor's name and mailing address**

**Eversource**
**P.O. Box 56003**
**Boston, MA 02205-6003**

Date(s) debt was incurred __ongoing__

Last 4 digits of account number __Various accounts__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utility service (electric)__

Is the claim subject to offset? ■ No ☐ Yes

**$3,000.00**

---

### 3.14

**Nonpriority creditor's name and mailing address**

**Frank Spinella**
**1 Twin Pond Circle**
**Exeter, NH 03833**

Date(s) debt was incurred __2013__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

**$13,335.00**

---

| Debtor | **Plourde Sand & Gravel Co., Inc.** | Case number (if known) | |
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,911.00**

**Matt Brown Trucking**
**26 Thibeault Dr.**
**Bow, NH 03304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Sept 2022**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Mega X**
**1560 Hooksett Rd.**
**Hooksett, NH 03106**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**MSHA**
**201 12th St S, Suite 401**
**Arlington, VA 22202-5450**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Mandatory Government Inspections**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00**

**NHDOL**
**Spaulding Bldg**
**95 Pleasant St.**
**Concord, NH 03301**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2018 - 2020**

Basis for the claim:  **Fine, fees and penalties**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,181.00**

**O'Reilly Auto Parts**
**162 Manchester St**
**Concord, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various**

Basis for the claim:  **Trade debt**

Last 4 digits of account number  _

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,951.00**

**Sanel Automotive**
**102 Old Tpk Rd**
**Concord, NH 03302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Trade Debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00**

**Sizemore Trucking**
**P.O. Box 431**
**New Boston, NH 03070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Plourde Sand & Gravel Co., Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|

**St. Germain Trucking**
**23 Birch Hill Dr.**
**Hooksett, NH 03106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,100.00** |
|---|---|---|---|

**Stan & Pete dba Bow Recycling**
**330 River Rd**
**Concord, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Trade debt**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,861.01** |
|---|---|---|---|

**TMS Diesel**
**58 B & B Lane**
**Weare, NH 03281**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500.00** |
|---|---|---|---|

**Verizon Wireless**
**P.O. Box 15062**
**Albany, NY 12212-5062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Ongoing**

**Basis for the claim:  Utility service (cellphones)**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00** |
|---|---|---|---|

**Wadleigh Starr and Peters**
**95 Market Street**
**Manchester, NH 03101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  Various**

**Basis for the claim:  Legal Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 652,641.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 1,568,695.01 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,221,336.01 |

**Fill in this information to identify the case:**

Debtor name **Plourde Sand & Gravel Co., Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal                Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name        **Plourde Sand & Gravel Co., Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW HAMPSHIRE

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Daniel O. Plourde** | **P.O. Box 220**<br>**Suncook, NH 03275**<br>**Guarantor** | **Greenlake Investment** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Dawn Plourde** | **P.O. Box 220**<br>**Suncook, NH 03275**<br>**Guarantor** | **Greenlake Investment** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Plourde Sand & Gravel Co., Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...............................................................................  $    **5,341,139.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...........................................................................  $    **3,851,484.97**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................  $    **9,192,623.97**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................  $    **5,851,075.45**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................  $    **652,641.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$    **1,568,695.01**

4.  Total liabilities ..............................................................................................
    Lines 2 + 3a + 3b                $    **8,072,411.46**

**Fill in this information to identify the case:**

Debtor name    **Plourde Sand & Gravel Co., Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 30, 2023**      X **/s/ Daniel O. Plourde**
                                       Signature of individual signing on behalf of debtor

                                            **Daniel O. Plourde**
                                            Printed name

                                            **Sole Shareholder and Vice President**
                                            Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Hampshire

In re    **Plourde Sand & Gravel Co., Inc.**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **UNKNOWN** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **UNKNOWN** |

2. $ **1,738.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☑ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify):

5. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e.  [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 30, 2023**

*Date*

**/s/ William S. Gannon BNH 01222**
**William S. Gannon BNH 01222**
*Signature of Attorney*
**William S. Gannon PLLC**
**740 Chestnut Street**
**Manchester, NH 03104**
**603 621-0833**
**bgannon@gannonlawfirm.com**
*Name of law firm*

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Plourde Sand & Gravel Co., Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW HAMPSHIRE** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Austin Powder** P.O. Box 6049 Cleveland, OH 44194-6049 | | **Trade debt** | | | | **$33,331.00** |
| **BM Zapora** 33 Woodland Dr Belmont, NH 03220 | | **Trade debt** | | | | **$5,360.00** |
| **CLF** 62 Summer St. Boston, MA 02110 | | | **Contingent Unliquidated Disputed** | | | **$1,000,000.00** |
| **Cross Machine** 167 Glen Ave. Berlin, NH 03570 | | **Services** | **Contingent Unliquidated Disputed** | | | **$14,672.00** |
| **Dead River Fuel Company** 159 Elm St. Manchester, NH 03101 | | **Trade debt** | | | | **$55,000.00** |
| **DEVINE MILLIMET** 111 AMHERST STREET BOX 719 Manchester, NH 03105 | | **Legal Services** | **Contingent Unliquidated Disputed** | | | **$55,000.00** |
| **Equipment East** 61 Silva Lane Dracut, MA 01826 | | **Trade debt** | | | | **$15,000.00** |
| **Frank Spinella** 1 Twin Pond Circle Exeter, NH 03833 | | **Legal Services** | **Contingent Unliquidated Disputed** | | | **$13,335.00** |
| **Greenlake Investment** 1416 El Centro St, Suite 200 South Pasadena, CA 91030 | | **519 West River Rd, Hooksett; 13 Allenstown Rd, Allenstown NH; and 84 S. Village Road , Loudon** | | **$4,100,000.00** | **$0.00** | **$4,100,000.00** |

Debtor  **Plourde Sand & Gravel Co., Inc.**
      Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Matt Brown Trucking 26 Thibeault Dr. Bow, NH 03304 | | Services | | | | **$6,911.00** |
| Mega X 1560 Hooksett Rd. Hooksett, NH 03106 | | Trade debt | Contingent Unliquidated Disputed | | | **$10,000.00** |
| MSHA 201 12th St S, Suite 401 Arlington, VA 22202-5450 | | Mandatory Government Inspections | Contingent Unliquidated Disputed | | | **$10,000.00** |
| NHDOL Spaulding Bldg 95 Pleasant St. Concord, NH 03301 | | Fine, fees and penalties | Disputed | | | **$300,000.00** |
| Sizemore Trucking P.O. Box 431 New Boston, NH 03070 | | Services | | | | **$7,000.00** |
| St. Germain Trucking 23 Birch Hill Dr. Hooksett, NH 03106 | | Services | | | | **$7,000.00** |
| TMS Diesel 58 B & B Lane Weare, NH 03281 | | Services | | | | **$8,861.01** |
| Town of Allenstown Tax Collector 16 School Street Suncook, NH 03275 | | Real estate taxes re 13 Allenstown Rd | | | | **$51,031.00** |
| Town of Hooksett Tax Collector 35 Main Street Hooksett, NH 03106 | | Real estate taxes | | | | **$576,170.00** |
| Town of Loudon 55 S. Village Rd Loudon, NH 03307 | | Real estate taxes | | | | **$22,440.00** |
| Wadleigh Starr and Peters 95 Market Street Manchester, NH 03101 | | Legal Services | | | | **$6,000.00** |

# United States Bankruptcy Court
## District of New Hampshire

In re  **Plourde Sand & Gravel Co., Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Plourde Sand & Gravel Co., Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 30, 2023**

Date

**/s/ William S. Gannon BNH 01222**

**William S. Gannon BNH 01222**

Signature of Attorney or Litigant

Counsel for  **Plourde Sand & Gravel Co., Inc.**

**William S. Gannon PLLC**
**740 Chestnut Street**
**Manchester, NH 03104**
**603 621-0833**
**bgannon@gannonlawfirm.com**

# United States Bankruptcy Court
### District of New Hampshire

In re  **Plourde Sand & Gravel Co., Inc.**

Debtor(s)

Case No. _____

Chapter    **11** _____

# VERIFICATION OF CREDITOR MAILING LIST

      The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of **4** pages is complete, correct and consistent with the debtor's schedules pursuant to LBRs and assumes all responsibility for errors and omissions.

Date:  **January 30, 2023**

**/s/ Daniel O. Plourde**

Debtor Signature

**Daniel O. Plourde**

Print Name

Address    **519-523 W. River Rd.**

**Hooksett NH 03106-0000**

Tel. No. _____

LBF 1007-2 (Eff. 11/1/16)

Aries Engineering
104 Pleasant St
Concord, NH 03301

Austin Powder
P.O. Box 6049
Cleveland, OH 44194-6049

Betterforms
1650 Elm St, Suite 202
Manchester, NH 03101

Betterway Supply
P.O. Box 5881
Hooksett, NH 03106

BM Zapora
33 Woodland Dr
Belmont, NH 03220

Brian Amyot
286 Cross Road
Pembroke, NH 03275

Christopher L. McMichael
173-6 Loudon Road Apt #11
Concord, NH 03301

CLF
62 Summer St.
Boston, MA 02110

Comcast
P.O. Box 70219
Philadelphia, PA 19176-0219

Cross Machine
167 Glen Ave.
Berlin, NH 03570

Daniel Plourde
P.O. Box 220
Suncook, NH 03275

Davis Fuels of Epsom
P.O. Box 101
Epsom, NH 03234

Dawn Plourde
P.O. Box 220
Suncook, NH 03275

Dead River Fuel Company
159 Elm St.
Manchester, NH 03101

```
DEVINE MILLIMET
111 AMHERST STREET
BOX 719
Manchester, NH 03105

Doug Bailey
66 Pleasant Street
Hooksett, NH 03106

Equipment East
61 Silva Lane
Dracut, MA 01826

Eversource
P.O. Box 56003
Boston, MA 02205-6003

Frank Spinella
1 Twin Pond Circle
Exeter, NH 03833

Granite Woods LLC
216 Bogue Rd
Harwinton, CT 06791

Greenlake Investment
1416 El Centro St, Suite 200
South Pasadena, CA 91030

Greenlake Real Estate Fund, LLC
1416 El Centro St, #200
South Pasadena, CA 91030

Internal Revenue Service
CCP - Lien Unit
P.O. Box 145595
Stop 8420G, Team 203
Cincinnati, OH 45250

Jeffrey Fielding
P.O. Box 06
Suncook, NH 03275

Karen L. Amyot
286 Cross Road
Pembroke, NH 03275

Katey P. LeBlanc
9 Webster Street
Suncook, NH 03275

Kyle M. Sweeney
772 FlagholeRd.
Salisbury, NH 03268
```

```
Matt Brown Trucking
26 Thibeault Dr.
Bow, NH 03304

Mega X
1560 Hooksett Rd.
Hooksett, NH 03106

Michael Mondor
512 West River Rd., Apt. 113
Hooksett, NH 03106

MSHA
201 12th St S, Suite 401
Arlington, VA 22202-5450

NHDOL
Spaulding Bldg
95 Pleasant St.
Concord, NH 03301

O'Reilly Auto Parts
162 Manchester St
Concord, NH 03301

Sanel Automotive
102 Old Tpk Rd
Concord, NH 03302

Sizemore Trucking
P.O. Box 431
New Boston, NH 03070

St. Germain Trucking
23 Birch Hill Dr.
Hooksett, NH 03106

Stan & Pete dba Bow Recycling
330 River Rd
Concord, NH 03301

State of Maine Revenue
24 State House Station
Augusta, ME 04333-0024

TMS Diesel
58 B & B Lane
Weare, NH 03281

Town of Allenstown Tax Collector
16 School Street
Suncook, NH 03275
```

Town of Hooksett Tax Collector
35 Main Street
Hooksett, NH 03106

Town of Loudon
55 S. Village Rd
Loudon, NH 03307

Universal Finance Corp.
123 Haven Street
Reading, MA 01867

Verizon Wireless
P.O. Box 15062
Albany, NY 12212-5062

Wadleigh Starr and Peters
95 Market Street
Manchester, NH 03101

# United States Bankruptcy Court
## District of New Hampshire

In re  **Plourde Sand & Gravel Co., Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Daniel O. Plourde**<br>**P.O. Box 220**<br>**Suncook, NH 03275** | | **100%** | **Stocks** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Shareholder and Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 30, 2023**

Signature  **/s/ Daniel O. Plourde**

**Daniel O. Plourde**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders