**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11 Proceeding** |
| | ) | |
| **PLOURDE SAND & GRAVEL, INC.,** | ) | **Case No. 23-10039-BAH** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## MOTION OF UNITED STATES TRUSTEE FOR ORDER DISMISSING CASE

Pursuant to 11 U.S.C. § 1112(b)(4)(C), William K. Harrington, the United States Trustee for the District of New Hampshire (the "**United States Trustee**"), by and through his attorney, Kimberly Bacher, respectfully moves for an order dismissing the chapter 11 case of Plourde Sand & Gravel Co., Inc. (the "**Debtor**") based on the Debtor's failure to provide evidence of insurance. In support of his motion, the United States Trustee respectfully submits as follows:

## I. FACTUAL ALLEGATIONS

1. On January 30, 2023 (the "**Petition Date**"), the Debtor filed a voluntary chapter 11 petition with the Court.

2. The Debtor is an operating business that sells earth products, including sand and gravel, from a quarry located in Allenstown, New Hampshire.

3. Based on the Debtor's Schedules, it owns extensive equipment and vehicles. ECF No. 1 at pp. 17-20.

4. The Debtor also owns real property used to operate its business. *Id.* at pp. 20-22.

5. As of the date hereof, the Debtor has not provided proof of any insurance coverage to the United States Trustee.

## II. ARGUMENT

### A. Applicable Legal Standards

6. Pursuant to 11 U.S.C. § 1112(b), "On request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause." 11 U.S.C. § 1112(b).

7. Section 1112(b)(4) provides a non-exhaustive list of factors constituting cause for dismissal or conversion. *In re Gonic Realty Trust,* 909 F.2d 624, 626-27 (1st Cir. 1990). Such factors include:

- "failure to maintain appropriate insurance that poses a risk to the estate or to the public… "

11 U.S.C. § 1112(b)(4)(C); and

8. Once cause is established, "the burden shifts to the opposing party to demonstrate unusual circumstances establishing that conversion or dismissal is not in the best interests of the creditors and the estate, and that it meets the other requirements of § 1112(b)(2). If no such unusual circumstances exist and/or the other requirements are not met, the bankruptcy court *must* convert or dismiss the case." *Andover Covered Bridge, LLC v. Harrington (In re Andover Covered Bridge, LLC)*, 553 B.R. 162, 172 (1st Cir. BAP 2016) (internal citation omitted).

### B. Cause for Dismissal Exists Under 11 U.S.C. § 1112(b)(4)(C) Because the Debtor Failed to Provide Proof of Insurance.

9. Pursuant to 11 U.S.C. §1112(b)(4)(C), a chapter 11 case should be dismissed or converted if the debtor's "failure to maintain appropriate insurance…poses a risk to the estate or to the public." When a debtor operates real property with structures, Section 1112(b)(4)(C)

requires that the debtor maintain property and liability insurance to protect the estate. *Gilroy v. Ameriquest Mortgage Co., et al.,* No. NH 07-054, 2008 WL 4531982 (1st Cir. BAP Aug. 4, 2008) (failure to maintain property and liability insurance for five condominiums constitutes cause for dismissal).

10. The Debtor, as a fiduciary of the estate, is required under the Bankruptcy Code and the Operating Guidelines and Reporting Requirements for Chapter 11 Cases (the "**Guidelines**") to maintain appropriate insurance coverage. Pursuant to the Guidelines, the Debtor was required to provide evidence of insurance immediately upon filing. As of the date hereof, the United States Trustee has not received any evidence that the Debtor has any insurance, including, without limitation, liability, vehicle or property insurance. Accordingly, as failure to maintain appropriate insurance coverage is "cause" for dismissal of this case, the United States Trustee requests that this Court enter an order dismissing this case pursuant to 11 U.S.C. § 1112(b)(4)(C).

## CONCLUSION

As a result of the Debtor's failure to maintain insurance, the interests of creditors and the estate will best be served by dismissal of the Debtor's case. The United States Trustee requests that the Court enter an order dismissing the Debtor's case.

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE

By: /s/ *Kimberly Bacher*
Kimberly Bacher, Trial Attorney
Office of the U.S. Trustee
53 Pleasant Street, Suite 2300
Concord, NH 03301
BNH07676

Dated: February 14, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served a copy of the foregoing Motion and proposed Order via CM/ECF on:

- William J. Delaney, Esq.
- William S. Gannon, Esq.
- Michael T. McCormack, Esq.
- Gregory A. Moffett, Esq.
- Madeline Kate Osbon, Esq.
- James F. Raymond, Esq.
- Zachary Towle, Esq.

Dated: February 14, 2023

/s/ *Kimberly Bacher*
Kimberly Bacher