**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re: CHAPTER 11

**PLOURDE SAND & GRAVEL CO., INC.** Case No. 23-10039-BAH

Debtor

**DAWN M. PLOURDE'S DECLARATION IN SUPPORT OF DEBTOR'S OBJECTION TO UNITED STATES TRUSTEE'S MOTION FOR ORDER DISMISSING CASE**

**Pursuant to 28 U.S.C. § 1746, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-2(b)**, I, **Dawn M. Plourde** do hereby declare and state, under penalties of perjury that:

**1.** This Declaration is being submitted to the United States Bankruptcy Court for the District of New Hampshire in support of Debtor's Objection to United States Trustee's Motion to Dismiss Debtor's Chapter 11 Case (individually, the "Objection" and "Motion" and, collectively, the "Subject Pleadings").

**2.** I am the sole director of **Plourde Sand & Gravel Co., Inc.** (the "Debtor") and have personal knowledge of the matters set forth in this Declaration, except in those instances in which the matter set forth herein is asserted upon information and belief. In each such instance, the matter so asserted is based upon information, which I believe to be true.

**3.** The statements in this Affidavit are based upon (a) my personal knowledge, (b) my review of the Subject Pleadings, (c) my review of the documents referred to in the Subject Pleadings and (d) my personal knowledge of the efforts that I made in the name and on behalf of the Debtor to place the insurance required by the Guidelines of the United States Trustee.

**4.** I believe that I am competent to testify to the matters which are the subjects of

this Declaration.

**5.** All of the statements made in the Motion and Exhibits are complete and true in all material respects to the best of my knowledge and belief.

**Insurance**

**6.** I have been responsible for the Debtor's diligent and extensive effort to obtain the policies of insurance required by the UST Guidelines (the "Required Insurance" and "Required Insurance Policies.

**7.** Attached as Exhibit A is a genuine, complete and true copy of the Evidence of Commercial General Liability Insurance issued to the Debtor on February 21, 2023 by The Davis Agency, LLC (the "Agent") in the name and on behalf of Nautilus Insurance Co. (the "Nautilus Commercial General Liability Certificate"). As required by the UST Guidelines, Exhibit A names the UST as a Certificate Holder and notice party.

**8.** Attached as Exhibit B is a genuine, complete and true copy of the Evidence of Property Insurance issued to the Debtor on February 21, 2023 by the Agent in the name and on behalf of Lloyds of London (the "Lloyds Property Damage Certificate"). As required by the UST Guidelines, Exhibit B names the UST as the holder of an Additional Interest and a notice party.

**9.** Attached as Exhibit C is a genuine, complete and true copy of the Evidence of Property Insurance issued to the Debtor on February 21, 2023 by the Agent in the name and on behalf of Lloyds of London (the "Lloyds Property Damage Certificate"). Exhibit C names Greenlake Investment Fund as the holder of an Additional Interest and a notice party.

**10.** The Debtor has the money necessary to pay the first installment payment on the

Required Insurance Policies as soon as it receives a bill.

**11.** On information and belief derived primarily from the Certificates issued by the Agent and confirmed by Karen Shaughnessy, shown as "KShaugh"on the Certificates during my numerous discussions with her, the Required Insurance Policies are in full force and effect. *See Exs. A, B and C.*

**Conclusion**

**12.** Further, the Declarant sayeth not.

Respectfully submitted,

Dated: **February 22, 2023**

[signature]

**Dawn M. Plourde**
**Sole Director of the Debtor**

# EXHIBIT A

PLOUSAN-01 KSHAUGH

ACORD®

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 2/21/2023

**THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.**

**IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).**

**PRODUCER**
The Davis Agency, LLC
24 Warren Street
Concord, NH 03301

CONTACT NAME: Karen Shaughnessy
PHONE (A/C, No, Ext): (603) 856-8104 FAX (A/C, No): (603) 715-1911
E-MAIL ADDRESS: karen@thedavisagency.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Nautilus Insurance Co | |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
Plourde Sand & Gravel Co., Inc.
PO Box 220
Suncook, NH 03275

**COVERAGES** CERTIFICATE NUMBER: REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | | | | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE [X] OCCUR | | | NN1512845 | 2/21/2023 | 2/21/2024 | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | POLICY PRO-JECT LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 2,000,000 |
| | OTHER: | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | OWNED AUTOS ONLY / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS ONLY / NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB / CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY Y / N | | | | | | PER STATUTE / OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | | | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
RE: Land & Buildings located at: 519-527 West River Road, Hooksett NH, 13 Allenstown Road, Allenstown NH, 84 South Village Road, Loudon NH, 91 Whittemore Road, Pembroke NH

**CERTIFICATE HOLDER**

United States Trustee
53 Pleasant Street, Ste 2300
Concord, NH 03301

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

AUTHORIZED REPRESENTATIVE


© 1988-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

# EXHIBIT B

KSHAUGH

ACORD®

# EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY): 2/21/2023

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

| | |
|---|---|
| AGENCY: The Davis Agency, LLC<br>24 Warren Street<br>Concord, NH 03301<br>PHONE (A/C, No, Ext): (603) 715-8684 | COMPANY: Lloyds of London |
| FAX (A/C, No): E-MAIL ADDRESS: | |
| CODE: SUB CODE: | |
| AGENCY CUSTOMER ID #: PLOUSAN-01 | |
| INSURED: Plourde Sand & Gravel Co., Inc.<br>PO Box 220<br>Suncook, NH 03275 | LOAN NUMBER: <br>POLICY NUMBER: M35267<br>EFFECTIVE DATE: 2/21/2023<br>EXPIRATION DATE: 2/21/2024<br>☐ CONTINUED UNTIL TERMINATED IF CHECKED<br>THIS REPLACES PRIOR EVIDENCE DATED: |

## PROPERTY INFORMATION

LOCATION/DESCRIPTION

Loc # 1, Bldg # 1, 519-527 West River Road, Hooksett, NH 03106, Building 1 - Warehouse
Loc # 1, Bldg # 2, 519-527 West River Road, Hooksett, NH 03106, Scale House
Loc # 1, Bldg # 3, 519-527 West River Road, Hooksett, NH 03106, Office
Loc # 1, Bldg # 5, 519-527 West River Road, Hooksett, NH 03106, Storage Shed
Loc # 2, Bldg # 1, 13 Allenstown Road, Allenstown, NH 03275, Vacant Land
SEE ATTACHED ACORD 101

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

PERILS INSURED ☐ BASIC ☐ BROAD ☐ SPECIAL ☐

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Loc # 1, Bldg # 1 | | |
| Building, Special (Including theft) | $635,000 | 1,000 |
| Business Personal Property, Special (Including theft) | $300,000 | 1,000 |
| Loc # 1, Bldg # 2 | | |
| Building, Special (Including theft) | $30,000 | 1,000 |
| Loc # 1, Bldg # 3 | | |
| Building, Special (Including theft) | $103,000 | 1,000 |
| Business Personal Property, Special (Including theft) | $150,000 | 1,000 |
| Loc # 1, Bldg # 5 | | |
| Building, Special (Including theft) | $30,000 | 1,000 |
| Business Personal Property, Special (Including theft) | $50,000 | 1,000 |
| SEE ATTACHED ACORD 101 | | |

## REMARKS (Including Special Conditions)

Special Conditions:
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

## ADDITIONAL INTEREST

| | |
|---|---|
| NAME AND ADDRESS:<br>United States Trustee<br>53 Pleasant Street, Ste 2300<br>Concord, NH 03301 | ☐ ADDITIONAL INSURED ☐ LENDER'S LOSS PAYABLE ☐ LOSS PAYEE<br>☐ MORTGAGEE X Notified Party<br>LOAN #<br>AUTHORIZED REPRESENTATIVE |


© 1993-2015 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: PLOUSAN-01 KSHAUGH

LOC #:

ACORD

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| | |
|---|---|
| AGENCY<br>The Davis Agency, LLC | NAMED INSURED<br>Plourde Sand & Gravel Co., Inc.<br>PO Box 220<br>Suncook, NH 03275 |
| POLICY NUMBER<br>M35267 | |
| CARRIER<br>Lloyds of London / NAIC CODE | EFFECTIVE DATE: 02/21/2023 |

ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ACORD 27 FORM TITLE: EVIDENCE OF PROPERTY INSURANCE

Locations:

Loc # 3, Bldg # 1, 84 South Village Road, Loudon, NH 03307, Storage Garage
Loc # 3, Bldg # 2, 84 South Village Road, Loudon, NH 03307, Dwelling
Loc # 3, Bldg # 3, 84 South Village Road, Loudon, NH 03307, Shed/Pump House
Loc # 4, Bldg # 1, 91 Whittemore Road, Pembroke, NH 03275

Coverage Information:

Loc # 3, Bldg # 1
Building, Special (Including theft), Amount of Insurance: $138,000, Deductible: 1,000
Business Personal Property, Special (Including theft), Amount of Insurance: $50,000, Deductible: 1,000
Loc # 3, Bldg # 2
Building, Special (Including theft), Amount of Insurance: $197,000, Deductible: 1,000
Loc # 3, Bldg # 3
Building, Special (Including theft), Amount of Insurance: $20,000, Deductible: 1,000


© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

KSHAUGH

ACORD

# EXHIBIT C

# EVIDENCE OF PROPERTY INSURANCE

DATE (MM/DD/YYYY): 2/21/2023

**THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.**

AGENCY — PHONE (A/C, No, Ext): (603) 715-8684

The Davis Agency, LLC
24 Warren Street
Concord, NH 03301

FAX (A/C, No):
E-MAIL ADDRESS:

CODE:
SUB CODE:

AGENCY CUSTOMER ID #: PLOUSAN-01

COMPANY
Lloyds of London

INSURED
Plourde Sand & Gravel Co., Inc.
PO Box 220
Suncook, NH 03275

| LOAN NUMBER | POLICY NUMBER |
|---|---|
| | M35267 |

| EFFECTIVE DATE | EXPIRATION DATE | CONTINUED UNTIL TERMINATED IF CHECKED |
|---|---|---|
| 2/21/2023 | 2/21/2024 | ☐ |

THIS REPLACES PRIOR EVIDENCE DATED:

## PROPERTY INFORMATION

LOCATION/DESCRIPTION
Loc # 1, Bldg # 1, 519-527 West River Road, Hooksett, NH 03106, Building 1 - Warehouse
Loc # 1, Bldg # 2, 519-527 West River Road, Hooksett, NH 03106, Scale House
Loc # 1, Bldg # 3, 519-527 West River Road, Hooksett, NH 03106, Office
Loc # 1, Bldg # 5, 519-527 West River Road, Hooksett, NH 03106, Storage Shed
Loc # 2, Bldg # 1, 13 Allenstown Road, Allenstown, NH 03275, Vacant Land
SEE ATTACHED ACORD 101

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

PERILS INSURED ☐ BASIC ☐ BROAD ☐ SPECIAL ☐

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| Loc # 1, Bldg # 1 | | |
| Building, Special (Including theft) | $635,000 | 1,000 |
| Business Personal Property, Special (Including theft) | $300,000 | 1,000 |
| Loc # 1, Bldg # 2 | | |
| Building, Special (Including theft) | $30,000 | 1,000 |
| Loc # 1, Bldg # 3 | | |
| Building, Special (Including theft) | $103,000 | 1,000 |
| Business Personal Property, Special (Including theft) | $150,000 | 1,000 |
| Loc # 1, Bldg # 5 | | |
| Building, Special (Including theft) | $30,000 | 1,000 |
| Business Personal Property, Special (Including theft) | $50,000 | 1,000 |
| SEE ATTACHED ACORD 101 | | |

## REMARKS (Including Special Conditions)

## CANCELLATION

**SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.**

## ADDITIONAL INTEREST

NAME AND ADDRESS

Greenlake Investment Fund
1416 El Centro Street, Ste 200
South Pasadena, CA 91030

X ADDITIONAL INSURED ☐ LENDER'S LOSS PAYABLE ☐ LOSS PAYEE
☐ MORTGAGEE ☐

LOAN #

AUTHORIZED REPRESENTATIVE

ACORD 27 (2016/03)

© 1993-2015 ACORD CORPORATION. All rights reserved.

The ACORD name and logo are registered marks of ACORD

AGENCY CUSTOMER ID: PLOUSAN-01 KSHAUGH

LOC #:

# ADDITIONAL REMARKS SCHEDULE

Page 1 of 1

| | |
|---|---|
| AGENCY<br>The Davis Agency, LLC | NAMED INSURED<br>Plourde Sand & Gravel Co., Inc.<br>PO Box 220<br>Suncook, NH 03275 |
| POLICY NUMBER<br>M35267 | |
| CARRIER<br>Lloyds of London / NAIC CODE | EFFECTIVE DATE: 02/21/2023 |

ADDITIONAL REMARKS

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,

FORM NUMBER: ACORD 27 FORM TITLE: EVIDENCE OF PROPERTY INSURANCE

Locations:

Loc # 3, Bldg # 1, 84 South Village Road, Loudon, NH 03307, Storage Garage
Loc # 3, Bldg # 2, 84 South Village Road, Loudon, NH 03307, Dwelling
Loc # 3, Bldg # 3, 84 South Village Road, Loudon, NH 03307, Shed/Pump House
Loc # 4, Bldg # 1, 91 Whittemore Road, Pembroke, NH 03275

Coverage Information:

Loc # 3, Bldg # 1
Building, Special (Including theft), Amount of Insurance: $138,000, Deductible: 1,000
Business Personal Property, Special (Including theft), Amount of Insurance: $50,000, Deductible: 1,000
Loc # 3, Bldg # 2
Building, Special (Including theft), Amount of Insurance: $197,000, Deductible: 1,000
Loc # 3, Bldg # 3
Building, Special (Including theft), Amount of Insurance: $20,000, Deductible: 1,000


© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD