**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re: CHAPTER 11

**PLOURDE SAND & GRAVEL CO., INC.** Case No. 23-10039-BAH

Debtor

**NOTICE OF WITHDRAWAL OF**
**FILED DOCUMENTS [Docs. 98 and 100]**

William S. Gannon, Esq. and William S. Gannon PLLC hereby gives notice of the Debtor's withdrawal of the Exhibits to Operating Reports for March 2023 [Doc. 98] and April 2023 [Doc. 100]. Updated and corrected exhibits will be filed this date.

Respectfully submitted,

DATED: June 2, 2023

/s/ William S. Gannon
William S. Gannon, BNH 01222 (NH)

Counsel for

**PLOURDE SAND & GRAVEL CO., INC.**

WILLIAM S. GANNON PLLC
740 Chestnut Street
Manchester NH 03104
PH: 603-621-0833
FX: 603-621-0830
bgannon@gannonlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I served the foregoing motion on all persons and entities named on the CM/ECF Electronic Service List by causing it to be filed electronically via the CM/ECF filing system.

DATED: June 2, 2023

/s/ Jeanne Arquette-Koehler
Jeanne Arquette-Koehler